# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Tajuddin MILLATMAL**                      )
2225 Flagler Place, NW                       )
Washington, DC  20001                        )
                                        )
     **Plaintiff**          )
                                        )
**V.**                                       )  **CIVIL ACTION**
                                        )  **NO.**_____
**Michael Chertoff, as Secretary of the Department**  )
**of  Homeland Security**                    )
**US Department of Homeland Security**        )
**Washington, DC 20528**                     )
                                        )
                                        )
**Emilio T. Gonzales, Director of U.S. Citizen and**  )  **COMPLAINT FOR**
**Immigration Services;**                    )  **MANDAMUS TO**
**Department of Homeland Security**          )  **COMPEL ACTION**
**Washington, DC 20528**                     )
                                        )
**Bret S. Gregg, Deputy District Director**  )
**California Service Center, USCIS;**         )
**24000 Avila Road, 2nd Floor, Room 2312**   )
**Laguna Niguel, CA 92677**                  )
                                        )
**Robert M. Cowan, Center Director of National**  )
**Benefits Center, USCIS**                   )
**427 S. LaSalle-3rd Floor**                 )
**Chicago, IL 60605-1394 USA**               )
                                        )
**Robert S. Muller III, Director of Federal**  )
**Bureau of Investigations**                 )
**Federal Bureau of Investigation**          )
**J. Edgar Hoover Building**                 )
**935 Pensylvania Ave., NW**                 )
**Washington, DC 20535-0001**                )
                                        )
     **Defendants**         )
                                        )

BRAVERMAN & LIN, P.C.

## PLAINTIFF'S ORIGINAL COMPLAINT
## FOR WRIT IN THE NATURE OF MANDAMUS

NOW come the Plaintiff, Tajuddin Millatmal, by and through counsel, in the above-captioned matter, and hereby states as follows:

1. This action is brought against the Defendants to compel action on the clearly delayed processing of the following: I-130 Petition for an Immediate Relative under 8 USC §1153(a), and I-129F K-3 Visa Petition under 8 USC §1101(a)(15)(K)(ii), both of which filed by Plaintiff, a naturalized US citizen, on behalf of his spouse, who is a native of Afghanistan where she is currently residing. I-130 visa petition and I-129F K-3 Visa Petition were filed with Defendants in January and February 2006, respectively.

2. Normal processing time for I-130 Immediate Relative Petition and I-129F K3 visa petition is about 6 months. In the Petitioner's case, both petitions remain pending for two years and one months and Defendants' continued delay has caused great detriment to Plaintiff.

## PARTIES

3. Plaintiff, Tajuddin Millatmal, who resides at 2225 Flagler Place, NW, Washington, DC 20001, is the petitioner for the above-referenced petitions.

4. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. 8 USC § 1103(a). More specifically, the Secretary of the Department of Homeland Security is responsible for the adjudication of applications for nonimmigrant visas filed pursuant to the Immigration and Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the Secretary of the Department of Homeland Security's authority has in part been delegated, and is subject to the Secretary of the Department of Homeland Security's supervision.

5. Defendant Eduardo Aguirre is the Director of the U.S Citizenship & Immigration Services (USCIS) and an official generally charged with supervisory authority over all operations of the USCIS with certain specific exceptions not relevant here. 8 CFR § 103.1(g)(2)(ii)(B).

6. Defendant Bret S. Greg is the Deputy Director of the California Service Center, USCIS, an official generally charged with supervisory authority over all operations within his district, with certain specific exceptions not relevant here. Defendant Greg is the official with whom the Plaintiff's I-130 visa petition was filed and is currently pending.

7. Defendant Robert Cowan is the Center Director of National Benefits Center of USCIS, an

BRAVERMAN & LIN, P.C.

official generally charged with supervisory authority over all operations within his district, with certain specific exceptions not relevant here. Defendant Cowan is the official with whom the Plaintiff's I-129F K-3 visa petition was filed and is currently pending.

8. Defendant Robert S. Mueller, III, Director of Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to complete the security clearances of Plaintiff's cases, as requested by the USCIS.

## JURISDICTION

9. Jurisdiction in this case is proper under 28 USC §§ 1391 and 1361, 5 USC §701 et seq., and 28 USC §2201 et seq. Relief is requested pursuant to said statutes.

## VENUE

10. Venue is proper in this court, pursuant to 28 USC §1391(e)(3), in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

## EXHAUSTION OF REMEDIES

11. Plaintiff has exhausted his administrative remedies. Plaintiff and his congressional representatives have made numerous inquiries with the Defendants as to the status of the petitions. Plaintiff also submitted a written request to the Defendants asking for an expedited handling of the matter because of the life threatening situation that is facing Plaintiff's wife in Afghanistan. Despite the Plaintiff's efforts, Defendants refused to complete the adjudication of the visa petitions on the ground that the security check is not yet completed.

## CAUSE OF ACTION

12. Plaintiff, a naturalized US citizen, properly filed an I-130 Immediate Relative Petition, receipt no.: WAC-06-098-53011, on January 25, 2006 on behalf of his spouse, Farida Atmar, pursuant to 8 USC 1255(a). Attached hereto as **Exhibit 1** is a copy of the I-130 receipt notice issued by Defendant California Service Center USCIS. At the time of I-130 visa petition filing, Plaintiff was residing at 3564 Howard Street, #25, Omaha, Nebraska 68105, whose I-130 visa petition was under the jurisdiction of California Service Center, USCIS.

13. After the I-130 visa petition was filed, Plaintiff filed an I-129F K-3 visa petition, receipt no.: MSC-06-140-21051, pursuant to 8 USC 1101(a)(15)(k)(ii) on behalf of his spouse. Attached hereto as **Exhibit 2** is a copy of the I-129F K-3 receipt notice issued by Defendant National Benefits Center, USCIS.

14. Plaintiff is a contract employee of the U.S. Marine Corps Center for Advanced

BRAVERMAN & LIN, P.C.

Operational Culture Learning at Quantico, Virginia. Plaintiff's role as Marine Instructor is to provide training to Marines and Marine units deploying to Afghanistan for Operation Enduring Freedom (OEF). Plaintiff has been working for U.S. Marine Corps and the US Army in the United States as well as in Afghanistan for five years and has dedicated his personal life in serving the United States.

15. Plaintiff's wife, the beneficiary of the petitions filed by the Plaintiff, worked for SERVE, an American non-governmental agency in Jalalabad, Afghanistan, in furtherance of the American interest in Afghanistan.

16. Without getting a decision after waiting for nearly one year and four months, Plaintiff on May 4, 2007 sent a letter to the Defendant California Service Center, requesting the Defendant to make a decision because the situation in Afghanistan was getting very dangerous, especially for Plaintiff's wife who then was working in furtherance of American interest (See **Exhibit 3**: a copy of the May 4, 2007 letter).

17. On July 2, 2007, United States Marine Corps sent a letter to Defendant National Benefits Center with a specific request that the Defendant promptly adjudicate the petitions filed by the Plaintiff (See **Exhibit 4**: a copy of the July 2, 2007 letter from the US Marine Corps).

18. On July 11, 2007, an article describing the improvements that the American Marines were making in Afghanistan was published in the BBC Website. Plaintiff's name was quoted as the instructor who was helping the US Marines in understanding the culture and environments of Afghanistan (See **Exhibit 5**: a copy of the article and translation).

19. By this time, Plaintiff was getting very frustrated with the Defendants' collective delay in adjudicating the visa petitions as it had nearly been 18 months since Plaintiff initially filed the petitions, which was about one year beyond the regular processing time of six months. Plaintiff sent another letter to Defendant National Benefit Center on July 16, 2007, asking for an immediate action on his petition (**Exhibit 6**: a copy of Plaintiff's July 16, 2007 letter).

20. Plaintiff had also requested his congressional representatives, including Senator Hagel, to make an inquiry on his behalf as well. Senator Hagel's office received a letter from Defendant National Benefits Center advising that the case is pending security check and Defendant did not have any idea as to how long it would take to complete the security check (**Exhibit 7**: a letter from Defendant to Senator Hagel and other correspondence between Plaintiff and his congressional representatives).

21. Plaintiff received a response, dated August 23, 2007, from Defendant National Benefits Center advising that the case was "under review", that it would take Defendant 180 days to complete the review, and that the Plaintiff should not make any inquiry after 180 days has passed (**Exhibit 8**: August 23, 2007 letter).

22. The news of Plaintiff's employment with the US Marines made to Afghanistan and

because of the repeated threats that Plaintiff's wife had received, the Afghan police issued two statements regarding the seriousness of the matter with the specific purpose of asking Plaintiff and his wife to seek shelter else for fear of their safety (**Exhibit 9:** letters from Afghan police).

23. In February 2008, Plaintiff, through undersigned counsel's office, made a telephonic inquiry with the Defendants to find out the status of the petitions. On February 7, 2008, Defendants issued a notice advising that the case is pending security checks (**Exhibit 10**).

24. On February 12, 2008, because of the dire situation facing Plaintiff and particularly for his wife, Plaintiff sent an expedited request to the Defendant California Service Center asking for an expedited handling of this matter (**Exhibit 11**). As of the date of the filing, Defendants have not acted on the matter.

25. On February 20, 2008, Plaintiff sent a letter to Defendant California Service Center requesting to find out exactly for what reason that the investigation was taking so long. Particularly since Plaintiff has been a contract employee of US Marine Corps, Plaintiff believes that his employment with US government should have ameliorated his case filing instead of exacerbating it (**Exhibit 12**). As of the date of this complaint, Defendant California Service Center has not revealed to Plaintiff as to the nature of the investigation.

26. Plaintiff has been greatly damaged by the failure of Defendants to act in accordance with their duties under the law. Despite the Plaintiff's invaluable contributions to the US's ongoing operation in Afghanistan, of which outcome certainly will have historical and significant impact to the United States and the world, Defendants' delay, in the name of national security, unfortunately is causing detriments to the Plaintiff.

27. Time is of the essence in Plaintiff's matter, as Plaintiff's wife is moving from one location to another on a weekly basis so to avoid being captured and killed by the Taliban. Plaintiff has just learned that his wife is very sick at this time. The lifeline of Plaintiff's wife is essentially in the hands of the Defendants, who for one reason or another, somehow in more than two years are unable to complete the security check.

28. Though the role of Defendants is pivotal in securing the civilians of the United States of America from people planning to do harm on American soil, the Defendants delay in adjudicating the Plaintiff's case has clearly gone beyond the reasonable processing time.

29. The Defendants, in violation of Administrative Procedures Act. 5 U.S.C. section 701 et. Seq., unreasonably delay the adjudication on Plaintiff's petitions. The Defendants, collectively, have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

30. Normal processing time for I-130 Immediate Relative Petition and I-129F K3 visa petition is about 6 months. In Plaintiff's case, Defendants are unable to make a decision on his petitions after more than two years and one month have passed. This clearly

constitutes unreasonable delay. Defendants have deprived Plaintiff of the rights to which the Plaintiff is entitled.

## PRAYER

31. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

   a. requiring the Federal Bureau of Investigations to immediately complete the required security check;
   b. requiring the Department of Homeland Security, California Service Center of USCIS, National Benefits Center of USCIS immediately approve the I-130 and I-129F visa petitions;
   c. awarding Plaintiff reasonable attorney's fees, as provided for in the Equal Access to Justice Act; and
   d. granting such other relief at law and in equity as justice may require.

Respectfully Submitted,

By: _____
    Michael W. Lin

Braverman & Lin, P.C.
4001 N. 9th Street, Suite 222
Arlington, VA 22203
Telephone      (703) 243-1474 Ext. 585
Fax            (703) 243-1494
E-mail:        ml@ocho.com

*Attorney for Plaintiff*

BRAVERMAN & LIN, P.C.

**UNITED STATES OF AMERICA**

| RECEIPT NUMBER | CASE TYPE I130  IMMIGRANT PETITION FOR RELATIVE, |
|---|---|
| WAC-06-098-53011 | FIANCE(E), OR ORPHAN |

| RECEIVED DATE | PRIORITY DATE | PETITIONER A028 508 951 |
|---|---|---|
| January 25, 2006 | | MILLATMAL, TAJUDDIN |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| February 8, 2006 | 1 of 1 | ATMAR, FARIDA |

| | |
|---|---|
| RACHEL YAMAMOTO | Notice Type: Receipt Notice |
| BROOM, JOHNSON CLARKSON & LANPHIER | |
| RE: TAJUDDIN MILLATMAL | Amount received: $ 190.00 |
| 1722 ST MARY S AVE 310 FLATIRON BL | |
| OMAHA NE 68102 | Section: Husband or wife of U.S. |
| | Citizen, 201(b), INA |

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you.
- If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel - http://www.state.gov/travel - to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

If this receipt is for an I-485 or I-698 application.
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT.
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



4-A

Department of Homeland Security
U.S. Citizenship and Immigration Services

COPY

**I-797C, Notice of Action**

| Receipt Number: | | Case Type: |
| --- | --- | --- |
| MSC-06-140-21051 | | I-129F - Petition for Fiance(e)/Spouse |

| Received Date: | Priority Date: | Applicant: |
| --- | --- | --- |
| February 17, 2006 | | MILLATMAL, TAJUDDIN |

| Notice Date: | Page     1 OF 1 | ASC Code: |
| --- | --- | --- |
| February 22, 2006 | | |

| RACHEL YAMAMOTO<br>1722 ST MARYS AVENUE SUITE 310<br>OMAHA NE 68102 | Notice Type: | Receipt Notice |
| --- | --- | --- |
| | Amount Received: | $170.00 |

The above application has been received. It usually takes 60 to 180 days from the date of this receipt to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this application.

If you have other questions about possible immigration benefits and services, filing information, or BCIS forms, please call the BCIS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TTY at 1-800-767-1833. Information regarding case status is not available at this number.

If you have access to the Internet, you can also visit the BCIS at www.bcis.gov. Here you can find valuable information about forms and filing instructions and about general immigration services and benefits.

U.S. Department of Homeland Security Citizenship and Immigration Services
P.O. BOX 7218
427 S. Lasalle 3rd Floor
CHICAGO IL 60680-7218
Customer Service Telephone: 1-800-375-5283



1-A

May 4, 2007

From:  Tajuddin Millatmal
       15197 Wentwood Lane
       Woodbridge, VA22191

To:    The Director of:
       Humanitarian Services Center
       Citizenship and Immigration Services
       Fax: (949) 389-3441

Subject:    A Serious Humanitarian Situation
            Case Number:  WAC-06-09853011

Respected Director of the Humanitarian Services Center:

I am a proud citizen of the United States, and currently working as an instructor at the Marine Corps University at Quantico, Virginia, USA. I applied for my wife Farida Atmar's visa in January of 2006. Unfortunately, her visa has not been issued so far. However, she has been receiving life threatening warnings by Taliban in Afghanistan. Please review the copy of a letter, which was delivered to her home in Jalalabad city, Afghanistan.

Due to the nature of my work, serving the United States Army and Marine for the past four years, as will as due to her position as a women working for SERVE, an American non governmental agency, in Jalalabad, Afghanistan; she has been warren and threatened to leave her job and they are demanding me as well to leave working for the United States military and return back to Afghanistan and join their Islamic Jihad? Due to these threats, my wife had to limit her social activities to the minimum and always have to be guarded by her distant relatives, which can not grant security for her any way.

During my stay in Pakistan in 1980s, I was receiving the same threats from these fundamentalists, who assassinated more than a dozen of my colleagues and associates for the same reasons that we will not accept to join them in their anti human jihad. The horrifying situation at that time forced me to escape from Pakistan and seek political asylum in the United States, which was grated in 1992. I am extremely concern for her safety. Every time, I call, she and old mother are in tears due to the fear they are faced with. Therefore, I am requesting your honor, to please safe the life of my wife and issue her a visa as soon as possible. By doing such, you will not only save her life, but also send those fundamentalists a strong message that they can not achieve their objectives. At the same time, you will relief the terror off my head as your fellow citizen who is seriously committed to fight against those elements of humanity, by assisting our soldiers to be better prepared for their tasks. Your humanly consideration is highly appreciated. If you have any questions, I can be reached at (703) 835- 4393, by e-mail at: tajmim@aol.com and by fax at (703)-432-1463.

Sincerely,

Dr. Tajuddin Millatmal, MD, MPA; the petitioner

5- A

**UNITED STATES MARINE CORPS**
TRAINING AND EDUCATION COMMAND
MARINE CORPS COMBAT DEVELOPMENT COMMAND
QUANTICO, VIRGINIA 22134-5027

IN REPLY REFER TO:
1000
CAOCL/Dir
2 July 07

Citizenship and Immigration Services
(K3 Petition)
PO Box 7218
Chicago, IL 60680-7218

RE: Farida Atmar Case # MSC06-140-21051

Ladies and Gentlemen,

The above named person is the wife of Dr. Tajuddin Millatmal, a citizen of the United States and a contract employee of the U.S. Marine Corps Center for Advanced Operational Culture Learning at Quantico, VA. Dr. Millatmal's duties include preparing training curricula and providing training for Marines and Marine units deploying to Afghanistan for Operation Enduring Freedom (OEF). His support for our efforts has undoubtedly served to increased our effectiveness in operations in Afghanistan and the Marines whom he has trained have praised his work time and again.

Dr. Millatmal's wife is living under threat in Afghanistan due to the nature of her work. I fully support her expedited entry into the U.S. to join her husband and urge your prompt and positive action to secure her visa.

J. W. BEAROR
Colonel, U.S. Marine Corps (Ret)
Director, CAOCL

7A

**Translation of BBC Persian Article by Majid Joneidi, from Tehran, Iran
BBC Website, Wednesday, July 11, 2007**

**The American Marines are getting familiar with the culture of nations**

When you get into a building, you will see a number of Arab men sitting in their traditional clothes around the room and drink tea in golden trimmed glasses.

A few minutes later, numbers of American soldiers are walking in, and after happily greeting in Arabic language, join these men and take tea from the same tray passed around the room.

Obviously, all the details similar to the coffee shops of Baghdad, but this room is one of the US Marines learning classes.

Based on the war experiences in Iraq and Afghanistan, the need for improving military action with civilians created the need for Marines to train their officers and soldiers along with other American Armed Forces before their deployment, in order to become familiar with the culture and language of those areas.

Learning/ teaching of language and culture of Iraq and Afghanistan seriously began in 2003, and it is structure by CAOCL was formed in 2005.

**Barak Salmoni** the deputy director of CAOCL is saying that "The good of teaching culture and language to the Marines who will be in the areas of operations, will facilitate their communications and familiarities with the values and social traditions of the local people and their social secular and common laws.

According to **Mr. Salmoni**, the Marines want to promote their efficiency of the soldiers and officers by attending these learning classes form a long way and they are not intended to train experts of languages and cultures in these countries.

Based on this, CAOCL tries to make the Marines learn at least 200 key words/ phrases in Arabic, Farsi, Dari before their deployment to Iraq or Afghanistan. And have the knowledge of respect to the tribal elders, and way of dealing with women during the house search.

**Taj Millatmal** the instructor of Pashto, Dari and culture of Afghanistan in CAOCL, pointed out that one of the biggest achievements of this center is bringing the Marines closer to local residents of the areas of their operations.

According to **Mr. Millatmal**, having knowledge of the social and common law of the natives will not only facilitate their jobs, but it also minimizes the probability of civilian casualties.

It this situation, the war experience of Iraq and Afghanistan is the reason that CAOCL is providing special cultural trainings to the Marines and officers by providing them trainings.

**Mr. Salmoni** says that the scope of military operation and humanitarian assistance is very wide; therefore, it is mandatory to train the Marines before their deployment to different parts of the world by country's specialized staff for their better performance.

### New Muslim Soldiers

**Barak Salmoni** who has the ability to speak Arabic and Turkish and has familiarity with Farsi language also says, learning of advanced cultural studies increased understanding and interest of the Marines about other cultures.

The increase of such interest resulted to the conversion of Marines to Islam.

In the mosque, which is located in the Marine base, Quantico, Virginia, I became acquainted with two recently converted Muslim Marines.

**David Dobai** who converted to Islam four years ago, work as a mosque worker in Quantico, Virginia after his release from his services.

**Sergeant D. Ross**, a Marine also converted to Islam three years ago after becoming familiar to Islam.

Both these men satisfied with their new religion said that they had not faced any problem either in military or in families about their conversion to Islam.

They also do not consider themselves as opposition while fighting in an Islamic country while they are on duty.

**Mr. Ross** in this regard says, first you do not want to face in war against other Muslims. However, you are a soldier and the president issues the order of war, you obey that, like any other soldier, you try to be careful about civilian and non combatant tot to be harmed or hostile.

As a result of increasing the number of Muslims in Marine Corps in Quantico Virginia, the building is assign to them to use it as a mosque.

One of the two spiritual Muslim Marines agreed to be available at mosque to answer Islam related questions and other related matters in this mosque.

**Major Abu Hina Saiful Islam** is in charge of leading prayers and Friday prayer in this mosque and he also provide consultation to the Muslims and Non Muslims in the mosque.

BBCPersian.com

BBC | Home News Sport Radio TV Weather Languages

**BBC PERSIAN.com**

بی بی سی را صفحه اصلی خود کنید | راهنما

جستجو

 به روز شد: 02:20 گرینویچ - چهارشنبه 11 ژوئیه 2007 - 20 تیر 1386

صفحه نخست
جهان
ایران
افغانستان
تاجیکستان
ورزش
دانش و فن
اقتصاد و بازرگانی
فرهنگ و هنر
ویدیو
روز هفتم
نگاه ژرف
صدای شما
آموزش انگلیسی
هواشناسی

برنامه های رادیو
جدول برنامه ها و فرکانسها

خدمات
درباره ما
تماس با ما
اخبار از طریق ایمیل

سایت های مرتبط
مجله زیگ زاگ

سایر زبانها
ТОЧИКИСТОН
پشتو
عربی
AZƏRBAYCAN
РУССКИЙ
اردو
ЎЗБЕК

این صفحه را برای دوستان خود بفرستید | صفحه بدون عکس

## تفنگداران دریایی آمریکا با فرهنگ ملت ها آشنا می شوند

خشایار مهیم
کراتیکو، آمریکا



تفنگداران دریایی آمریکا پیش از اعزام به عراق و افغانستان با شرکت در مانورهای مشترک با مربیان بومی درباره نحوه تعامل با ساکنان این کشورها آموزش می بینند

**به ساختمان که وارد می شوید، تعدادی مرد عرب را می بینید که با لباس محلی دور اتاقی نشسته اند و در استکان های کمر باریک و لب طلایی چای می نوشند.**

چند دقیقه بعد تعدادی نظامی آمریکایی وارد می شوند و پس از خوش و بشی به زبان عربی به جمع این مردان می پیوندند و از سینی که دور اتاق گردانده می شود، چای بر می دارند.

در ظاهر، همه جزئیات شبیه قهوه خانه های بغداد است ولی این مکان یکی از کلاس های آموزشی نیروی تفنگدار دریایی ایالات متحده در آمریکا است.

تجربه جنگ های عراق و افغانستان و احساس نیاز به بهبود تعامل نظامیان با شهروندان غیرنظامی باعث شده تا نیروی تفنگدار دریایی آمریکا هم زمان با سایر نیروهای نظامی این کشور، سربازان و افسران خود را پیش از اعزام به این کشورها با فرهنگ و زبان ساکنان مناطق مختلف آنها آشنا کند.

آموزش زبان و فرهنگ مردم عراق و افغانستان به نیروهای تفنگدار اعزامی به این کشورها در سال ۲۰۰۳ به طور جدی شروع شده و با تاسیس 'مرکز پیشرفته آموزش فرهنگی' در سال ۲۰۰۵، نهادینه شده است.

باراک سلمانی معاون مرکز پیشرفته آموزش فرهنگ نیروی تفنگدار دریایی آمریکا می گوید هدف از آموزش فرهنگ و زبان مناطق عملیاتی به تفنگداران این نیرو تسهیل ارتباط نظامیان با ساکنان محلی و آشنایی آنها با معیارها و عرف اجتماعی آنها است.

به گفته آقای سلمانی نیروی تفنگدار دریایی با این کار قصد دارد به برگزاری کلاس های عملی و آموزش از راه دور، کارایی سربازان و افسران خود را در محل ماموریت ارتقا دهد و در پی تربیت کارشناسان زبان و فرهنگ در این کشورها نیست.

بر این اساس، مرکز پیشرفته آموزش فرهنگی تلاش می کند تا همه نیروهای اعزامی به عراق حداقل ۲۰۰ کلمه کلیدی زبان عربی و یا فارسی دری را بلد باشند و با اصول موازین اجتماعی مردمان عراق و افغانستان مانند احترام به بزرگان طوایف و نحوه برخورد با زنان در هنگام بازرسی خانه ها آشنایی داشته باشند.

از دیگر رسانه ها
خروج نابهنگام آمریکا منجر به افزایش آشوب در عراق می شود

از دیگر رسانه ها
استراتژی جدید ارتش آمریکا در عراق

از سایر رسانه ها
نیویورکر: آمریکا برای حمله احتمالی به هوایی به ایران برنامه ریزی می کند

### مطالب مرتبط

◄ رئیس ستاد مشترک ارتش آمریکا کناره گیری می کند
09 ژوئن 2007 | جهان

◄ واکنش بوش به رسوایی در نیروی زمینی آمریکا
03 مارس 2007 | جهان

◄ تحقیقات ارتش آمریکا در باره اقوام ایران
24 فوریه 2006 | ایران

### اخبار روز

◄ حمایت رایس از طرح بوش برای صلح خاورمیانه

◄ براون خواستار مبارزه جهانی با فقر شد

◄ اظهار رضایت بازرسان هسته ای از کره شمالی

◄ هنرپیشه هندی به شش سال حبس محکوم شد

❞ وقتی نظامی هستید و رئیس جمهور فرمان جنگ می دهد، از آن اطاعت می کنید. منتهی مانند هر سرباز دیگری سعی می کنید که مراقب شهروندان غیرنظامی و افراد غیرمتخصص باشید تا آسیب نبینند ❝

گروهبان داربی راس

"تاج ملت مال" از مربیان فرهنگ افغانی و زبان های پشتو و دری مرکز پیشرفته

BBCPersian.com

آموزش فرهنگی، یکی از مهم ترین دستاوردهای این مرکز را نزدیک تر کردن تفنگداران دریایی مستقر در این کشور ها با ساکنان محلی می داند.

به گفته آقای ملت مال آشنایی نظامیان آمریکایی با عرف اجتماعی مردم بومی علاوه بر تسهیل ماموریت آنها، از احتمال صدمه دیدن غیرنظامیان نیز کاسته است.

در این حال، تجربه جنگ های عراق و افغانستان باعث شده تا مرکز پیشرفته آموزش فرهنگی نیروی تفنگدار دریایی آمریکا با منطقه بندی کشور ها و تدوین برنامه های آموزشی ویژه، به تربیت افسران و درجه داران آشنا با فرهنگ های مختلف بپردازد.

آقای سلمانی می گوید حیطه عملیات رزمی و کمک رسانی نیروهای تفنگدار دریایی بسیار گسترده است و با توجه به اعزام این نیرو ها به هر نقطه ای از جهان، تربیت نیروهای متخصص کشورهای مختلف برای همراهی تفنگداران اعزامی امری ضروری است.

**سربازان نومسلمان**

باراک سلمانی که خود به زبان های عربی و ترکی تسلط دارد و با فارسی هم آشنا است، می گوید آموزش های مرکز پیشرفته آموزش فرهنگی درک و علاقه تفنگداران به سایر فرهنگ ها را افزایش داده است.



این افزایش علاقه در مواردی به گرویدن نظامیان آمریکایی به دین اسلام انجامیده است.

در مسجد پایگاه نیروی تفنگدار دریایی در کوانتیکوی ایالت ویرجینیا با دو تن از سربازان تازه مسلمان آمریکایی آشنا می شویم.

از راست به چپ: گروهبان داریی راس، سرگرد سیف الاسلام، دیوید دوبای

دیوید دوبای تفنگدار دریایی سابق آمریکایی است که از چهار سال پیش مسلمان شده و پس از ترخیص از خدمت به عنوان کارمند مسجد پایگاه کوانتیکو مشغول به کار شده است.

دوربی راس گروهبان نیروی تفنگدار دریایی آمریکا هم سه سال پیش از آشنایی با اسلام، به این دین گرویده است.

هر دوی این افراد با ابراز رضایت از دین جدید خود می گویند تا به حال در ارتش و یا خانواده به خاطر عقیده به اسلام دچار مشکل نشده اند.

آنها همچنین جنگیدن در یک کشور اسلامی را با وظیفه خود به عنوان سرباز در تضاد نمی بینند.

آقای راس در این باره می گوید: "در درجه اول شما نمی خواهید در موقعیتی قرار بگیرید که با مسلمان دیگری درگیر شوید. ولی وقتی نظامی هستید و رئیس جمهور فرمان جنگ می دهد، از آن اطاعت می کنید. منتهی مانند هر سرباز دیگری سعی می کنید که مراقب شهروندان غیرنظامی و افراد غیرمتخاصم باشید تا آسیب نبینند."

در این حال، افزایش تعداد مسلمانان در نیروی تفنگدار دریایی آمریکا باعث شده تا این نیرو در پایگاه خود در کوانتیکو ساختمانی را به عنوان مسجد در اختیار آنها بگذارد.

یکی از دو روحانی مسلمان نیروی دریایی آمریکا نیز ماموریت یافته با حضور در این مسجد پاسخگوی مسائل دینی سربازان باشد.

سرگرد ابوحنا سیف الاسلام ضمن ارائه مشاوره به تفنگداران مسلمان و غیرمسلمان

مستقر در این پایگاه، برگزاری نماز جماعت و جمعه در این پایگاه را بر عهده دارد.

✉ این صفحه را برای دوستان خود بفرستید        🖨 صفحه بدون عکس

دریافت اخبار با ایمیل   |   هواشناسی   |   درباره ما

بالا ^^                                                                                        © BBC MMVII

**صفحه نخست | جهان | ایران | افغانستان | تاجیکستان | ورزش | دانش و فن | اقتصاد و بازرگانی | فرهنگ و هنر | ویدیو روز هفتم | نگاه ژرف | صدای شما | آموزش انگلیسی**

BBC News >> | BBC Sport >> | BBC Weather >> | BBC World Service >> | BBC Languages >>

راهنما   |   تماس با ما   |   اخبار و اطلاعات به زبانهای دیگر   |   نحوه استفاده از اطلاعات شخصی کاربران

The Citizenship and Immigration Services (CIS)
Attention K3 Petition
P.O. Box 7218
Chicago, IL 60680 -7218

Regarding My wife, Farida Atmar's, visa application Case # MSC06-140-21051                July 16, 2007

Dear Sir or Madam,

I am Dr. Tajuddin Millatmal, a citizen of the United States, working at the Center for Advanced Operational Culture Learning (CAOCL) at the Marine Corps at Quantico Base, Virginia. In the past four years, I have worked with many other Military bases and the Defense Language Institute at Monterey teaching our young soldiers, officers and diplomats the Afghan culture and languages.

I applied for my wife, Farida Atmar's visa in February of 2006. The case was received by INS on February 22, 2006 and the case number MSC06-140-21054 was assigned to her file. Unfortunately, until this date, I have not received an approval nor any reply clarifying the reason for delaying her visa. The only information I have received indirectly, is that my wife's case in under special investigation and postponed until indefinite time. This position of INS seems very unique and awkward. I am not only a citizen of this great country, but as you may know from my immigration record, that my citizenship was based on political asylum due to the problem I had with the Islamic fundamentalists in Pakistan and in Afghanistan. In addition to that, I am a very responsible, highly alert, politically active, extensively engaged with media and a proud citizen of this country.

Long before 9/11, I was trying to increase awareness about the political problems in Afghanistan. I was visiting with senators and congressmen to draw their attention to the problem of Taliban and Al-Qaeda in Afghanistan. In 1993, I reported to the INS, about three members of fundamentalist groups in the United States and requested INS to not provide political asylum to such dangerous individuals. Unfortunately, the INS ignored my warnings. In February of 2001, I communicated to the President Bush himself, about the danger of situation in Afghanistan and requested his immediate intervention and offered my support. Unfortunately him ignoring my warnings resulted in 9/11. Immediately after 9/11, I offered my support to the US government and continually provided them with proper information and advice. Unfortunately, no one including INS wants to hear the truth, as the truth hurt. Today, we all witness the troubles throughout Afghanistan that I had being saying to the politicians and to the government officials far the past twenty years.

I hope by briefly presenting what I have done in the past to protect this country and to fight terrorism and fundamentalism. For the past four years, I worked with the US Army and the US Marines throughout the country including a trip to Afghanistan visiting all military bases and testing all the interpreters working for the military throughout Afghanistan.

I am extremely disappointed that the INS is delaying my wife's visa for an unexplained reason. On one hand my wife is receiving threatening calls from the Taliban based on my work with American Military and her work for SERVE, an American NGO. On the other hand, the senseless INS is delaying my wife's visa, in spite of many dangers threatening her life. I wish, INS will focus their time and resources in other areas and cases where dangers are, rather delaying my wife's visa. As security situation in Afghanistan is getting worse and my wife is receiving threatening letters from the fundamentalists at that area. I am extremely worried about her safety and security. Due to the nature of my work, as will as her work, I am afraid that my wife may get harmed by those fundamentalists if not saved quickly. I will appreciate that you resolve this case as soon as possible. Otherwise, I may be forced to bring this case and all your past ignorance to the attention of American media. If you have any question, I can be reached at: (703) 835-4393.

Sincerely,

Tajuddin Millatmal, MD, MPA
P.O. Box 37, Quantico, VA 22134

6-A

Farida Letter to INS-3-070716.doc

U.S. Department of Homeland Security
P.O. Box 648003
Lee's Summit, MO 64064

July



**U.S. Citizenship
and Immigration
Services**

The Honorable Chuck Hagel, USS
248 Russell Senate Office Building
Washington, DC  20510

Re: MSC-06-140-21501, A-099-098-501, I-129F Farida Atmar

Dear Senator Hagel:

My office is in receipt of your request for information regarding the above referenced matter. The National Benefits Center cannot adjudicate or further process the application or petition you inquired about at this time. This case is currently undergoing background checks in accordance with US laws, regulations and policies. All applicants for US immigration benefits are subject to criminal and national security background checks to ensure they are eligible for such benefits. The USCIS performs checks on every applicant regardless of ethnicity, national origin or religion. Applications of different form types undergo different levels of scrutiny.

Until the background checks are completed, we cannot move forward on this case. We are unable to provide you with a timeframe for the completion of the background checks. They will, however, be competed as quickly as available resources allow. As soon as they are complete, USCIS will make every effort to move forward with an adjudicative decision on this case.

Congressional Liaison PR-302

Very truly yours,

Robert M. Cowan
Director
National Benefits Center

06/28/2007

From: Dr. Tajuddin Millatmal, MD, MPA
3211 Signature Circle
Dumfries, VA 22036
Tel. (703) 835-4393 (c)
(703) 432-1727 (w)
E-mail: tajmim@aol.com

To: Honorable Congressman Tom Davis
Congressman Virginia

Subject: Requesting a visit with you regarding the International Security Issues and an Immigration subject matter

Honorable Congressman Tom Davis:

I am a citizen of the United States, a Native of Afghanistan, President of Humanity International for Peace and Prosperity, Inc and currently residing in Virginia and working at the Marine Corps Base in Quantico, Virginia. I am a life long politician from that region. For years, I have been in contact with elected officials from Nebraska, State Department and The White House, regarding the issues of and the security situation in Afghanistan.

As you are well aware, the security situation in Afghanistan is deteriorating very rapidly. I realize that both the Afghan and Americans need to work together and take thei roles and responsibilities in this regard seriously in order to win this difficult war against terrorism. Otherwise, the United States and the Afghan people will face situation that will be intolerable and un avoidable, as it happened in Palestine.

Therefore, as a responsible citizen, I am approaching you honor to meet and discuss what we need to do in order to save American soldiers, the Afghan People and both countries interests. Unfortunately, the time is not in our favor. Therefore, we must meet, discuss and decide our future strategies as soon as possible.

Please advise me about your interest and availability in this regard. I am looking forward to the opportunity to meet with you in person and pay my dues to this country by providing you with the most updated information on the ground, present you the best related suggestions and offer you our service and abilities in this regard. I hope you may not under score our role and will take full advantages of our sincere efforts that may help protect the lives of the American soldiers and the best interest of both countries. I can be reached at (703) 432-1727 (8-5) or at (703) 835-4393 (after hours) or by e-mail at: tajmim@aol.com.

Sincerely,

Dr. Tajuddin Millatmal, MD, MPA
President, Humanity International for Peace & Prosperity Inc. (HIPP)

Comg. Davis 07-0628.doc

# HIPP

*Humanity International for Peace & Prosperity, Inc.*

P.O. Box 37
Quantico, VA 22134

CR No: 1206

June 26, 2007

Honorable Senator Ben Nelson
Senator of Nebraska

Subject:   Petition for my wife Farida Atmar I-30 WAC0609853011 and
K-Visa  MSC 0614021051

Honorable Ben Nelson:

I am a citizen of the United States, and a long term consultant to US politicians about Afghanistan, working for the US Marine at Quantico Base, Virginia. I got married in Afghanistan 2 years ago. I applied for a visa for my wife in February 2006. Her case number is I-30 WAC0609853011 and for the K-Visa is MSC 0614021051. Unfortunately, up until this date her case has not been decided upon. As you are well aware of the situation at that part of Afghanistan, my wife is under tremendous pressure and threats from the extremists. She received threatening letters and telephone calls at her job and home from Taliban and their supporters.

My wife work for SERVE committee in Jalalabad City, Afghanistan. She had been threaten and advised by the Islamic Extremist to "Quit working for American" and "Tell your husband to stop working for Americans too. He should come and join Muslims". My wife and I are very much concern for her safety, and it is tremendously difficult for me. I will appreciate, if you would kindly help me in expediting her visa issuing case to save her life and resolve my worrisome.   If you have any question, please call me &703) 835- 4393 or e-mail me at; tajmim@aol.com. I appreciate your help.


Sincerely,


Dr. Tajuddin Millatmal, MD, MPA, CEO, HIPP


| Chief Executive Officer: | Tel: (703) 835 - 4393 | Address | Secretary: |
| Treasurer: | | | |
| Dr.Taj Millatmal, MD, MPHA | Fax: (703) 432- 1463 | P.O. Box 37 | Lynelle Curtin |
| | Therese Tsubaki | | |
| Chief Operation Officer: | E-mail: | Quantico, VA 22134 | |

SAM FARR
17th DISTRICT, CALIFORNIA

COMMITTEE ON APPROPRIATIONS
SUBCOMMITTEES:
AGRICULTURE, RURAL DEVELOPMENT, FOOD AND
DRUG ADMINISTRATION, AND RELATED AGENCIES
HOMELAND SECURITY
MILITARY CONSTRUCTION, VETERANS' AFFAIRS,
AND RELATED AGENCIES

CO-CHAIR, CONGRESSIONAL ORGANIC CAUCUS

CO-CHAIR, CONGRESSIONAL TRAVEL AND
TOURISM CAUCUS

CO-CHAIR, HOUSE OCEANS CAUCUS

# Congress of the United States
## House of Representatives
### Washington, DC 20515-0517

1221 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-0517
(202) 225-2861

100 WEST ALISAL
SALINAS, CA 93901
(831) 424-2229

701 OCEAN STREET
ROOM 318
SANTA CRUZ, CA 95060
(831) 429-1976

www.farr.house.gov

February 26, 2007

Mr. Tajuddin Millatmal
393 Ocean View Blvd. Apt. #b
Pacific Grove, California 93950-2837

Dear Tajuddin:

In response to my inquiry on your behalf, the Citizenship and Immigration Services (CIS), formerly the Bureau of Citizenship and Immigration Services (BCIS) contacted my office.

The Congressional Liaison for the CIS explained that case MSC06-140-2105₿, Form I-129f is under a detailed review for an undetermined amount of time. You may contact Bertha Munoz at my Salinas District office on June 26, 2007, if you do not receive further information from the USCIS regarding this matter.

I appreciate the opportunity to have assisted you in this matter. If there is any other way I can be of assistance to you, please feel free to contact my office again.

Sincerely,

*Sam Farr*

SAM FARR
Member of Congress

SF/bm

**Please be sure to visit my website at www.farr.house.gov.**

PRINTED ON RECYCLED PAPER

SAM FARR
17TH DISTRICT, CALIFORNIA

COMMITTEE ON APPROPRIATIONS
SUBCOMMITTEES:
AGRICULTURE, RURAL DEVELOPMENT, FOOD AND
DRUG ADMINISTRATION, AND RELATED AGENCIES
HOMELAND SECURITY
MILITARY CONSTRUCTION, VETERANS' AFFAIRS,
AND RELATED AGENCIES

CO-CHAIR, CONGRESSIONAL ORGANIC CAUCUS

CO-CHAIR, CONGRESSIONAL TRAVEL AND
TOURISM CAUCUS

CO-CHAIR, HOUSE OCEANS CAUCUS

1221 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20516-0517
(202) 225-2861

100 WEST ALISAL
SALINAS, CA 93901
(831) 424-2229

701 OCEAN STREET
ROOM 318
SANTA CRUZ, CA 95060
(831) 429-1976

www.farr.house.gov

## Congress of the United States
### House of Representatives
### Washington, DC 20515–0517

February 23, 2007

Mr. Tajuddin Millatmal
393 Ocean View Blvd. Apt. #b
Pacific Grove, California 93950-2837

Dear Tajuddin:

In the absence of a response to my earlier request, I have again made an inquiry on your behalf.

You can be sure that I will be back in touch with you as soon as any information is available on this matter.  In the interim, however, please let me know if there is anything further that I can do for you.

Sincerely,

SAM FARR
Member of Congress

SF/bm

**Please be sure to visit my website at www.farr.house.gov.**

01/20/2007

Tajuddin Millatmal
393 Ocean View Blvd, Apt. # B
Pacific Grove, CA 93950


Honorable Congressman Sam Farr
Att.: Amy
(800) 340-3277
(831) 424-7099 F

Subject:      My wife Farida Atmar's Visa

Honorable Congressman Sam Farr,

I am a citizen of the United States. I got married in Afghanistan last year. I applied for a
visa for my wife in February 2006. Her case number is I-30 WAC0609853011 and for
the K-Visa is MSC 0614021051.

Unfortunately, up until this date, her case has not been decided upon. As you are well
aware of the situation at that part of Afghanistan, my wife is under tremendous pressure
and threats from the Islamic extremists and Taliban. She received threatening letters and
telephone calls at her job and home from Taliban and their supporters. My wife works
for SERVE Committee in Jalalabad. She had been advised to "Quit working for
American". "Tell your husband to stop working for Americans, come and join Muslims"
Attached please find a copy of the letter she received at her home.

She is very much concern for her safety and I am very worried about her safety as well.
It is tremendously difficult for me to focus on my life. The immigration department is
keeping her case on hold with any reason. I am a very proud citizen of the United States
and barely skipped my life from being assassinated by those Islamic Extremists in
Pakistan. I did every thing possible to inform and warren the government officials
including President Bush, about the 9/11 incident. Unfortunately, they ignored my
warnings. I will appreciate, if you would kindly help me in expediting her visa issuing
process to save her life and resolve my worrisome. I appreciate your help. If there is
any question, I can be reached at (703) 835-4393 or by E-mail at: tajmim@aol.com.


Sincerely,


Dr. Tajuddin Millatmal

# HIPP

*Humanity International for Peace & Prosperity, Inc.*

2300 South 24ᵗʰ Road, Suite # 257
Arlington, VA 22206

CR No: 1127                                                          January 09, 2007

Honorable Congressman James Moran
Congressman of Virginia
Att. Mr. Peter Hearding
(703) 971-4700/ F. 922-9436

Sub:  Requesting Your Help Regarding my wife's Visa

Dear Mr. Peter Hearding:

Thanks for returning my call and leaving me the message. I understand that they are making security checks on my wife's visa application. I am extremely disappointed with this process. I sought political asylum in the United States because of those Islamic extremists. I am the one who was trying to alert politician, including President Bush, about the worsening situation in Afghanistan long before 9/11. I am who always consults and alert officials here about the situation and as a responsible citizen, I am under the target of those Islamic extremists. Attached please find a threatening letter given to my wife.

I need your help, to please request the immigration department to be hard on the enemies not on loyal citizen of this country. I will appreciate your assistance.

Sincerely,

Dr. Tajuddin Millatmal, MD, MPA
CEO, HIPP

| | | | |
|---|---|---|---|
| **Chief Executive Officer:** Dr.Taj Millatmal, MD, MPHA **Chief Operation Officer:** Dr. M. Rahim Pushtoonyar, MD | **Tel:** (703) 835 - 4393 **Fax:** (703) 888 - 0780 **E-mail:** **Web:** | **Address:** 2300 S. 24ᵗʰ Road # 257 Arlington, VA 22206 USA | **Secretary:** Lynelle Curtin **Treasurer:** Theresa Tsubaki |

*1007-Congressman James Moran, Gulali Visa 010907 -2*

# HIPP

*Humanity International for Peace & Prosperity, Inc.*

2300 South 24th Road, Suite # 257
Arlington, VA 22206

CR No: 1105                                                                October 06, 2006

Honorable Senator Chuck Hagel
Senator of Nebraska
Att.: Ms. Merrilee

Dear Ms. Merrilee:

It was a pleasure talking to you yesterday.  As I presented to you, I am a citizen of the
United States, and a long term consultant to Senator Hagel about Afghanistan.  I got
married in Afghanistan last year.  I applied for a visa for my wife in February 2006.  Her case
number is I-30 WAC0609853011 and for the K-Visa is MSC 0614021051.  Unfortunately, up
until this date her case has not been decided upon.  As you are well aware of the situation
at that part of Afghanistan, my wife is under tremendous pressure and threats from the
extremists.  She received threatening letters and telephone calls at her job and home from
Taliban and their supporters.

My wife work for SERVE committee in Jalalabad City, Afghanistan.  She had been threaten
and advised by the Islamic Extremist to "Quit working for American" and "Tell your husband
to stop working for Americans too.  He should come and join Muslims".  My wife and I are
very much concern for her safety, and it is tremendously difficult for me.  I will appreciate, if
you would kindly help me in expediting her visa issuing case to save her life and resolve my
worrisome.   I appreciate your help.

Sincerely,

Dr. Tajuddin Millatmal, MD, MPA
CEO, HIPP

| Chief Executive Officer: | Tel:  (703) 835 - 4393 | Address: | Secretary: |
| Dr. Taj Millatmal, MD, MPHA | Fax: (703) 888 - 0780 | 2300 S. 24th Road # 257 | Lynelle Curtin |
| Chief Operation Officer: | E-mail: | Arlington, VA 22206 | Treasurer: |
| Dr. M. Rahim Pushtoonyar, MD | Web: | USA | Theresa Tsubaki |

9- Hagel, Gulail Visa 100606

10/01/2006

Dr. Tajuddin Millatmal
2300 S. 24th Road, Suite #257
Arlington, VA 22206
(703) 835 – 4393
E-Mail: tajmim@aol.com

Honorable Senator Chuck Hagel
Att Mr. Rexon Ryu
Foreign Policy Advisor

Dear Mr. Rexon Ryu,

Thank you for your telephone call on Friday after 3 months of waiting.  As we discussed, I am extremely disappointed and out ragged with the lack of sympathy for the life of American solders that are dying in Afghanistan and the people of Afghanistan who are killed by hundreds every day with a tremendous suffering imposed on the people of Afghanistan.

The people of Afghanistan appreciate the steps the American government took in removing Taliban from the power.  Unfortunately, it is not what they want to see as they are observing today.  We the Afghan American intellectuals and the people of Afghanistan would like to see that Al-Qaeda and Taliban are totally destroyed and permanently removed from Afghanistan and the rest of the world.  Unfortunately, Mr. Karzai government's and the current American government's policy do not do that, instead, it is their bad policies which help Al-Qaeda and Taliban to survive and remerge.

As always, we objected to such a failed policies and offered alternatives, unfortunately, the State Department always stresses the military solution, which had not brought any success except the loss of lives both on the Afghan side as well as the American side.  We pray to God, that one day the American politicians will become sympathetic to the American solders and to the innocent people of Afghanistan and do what the Sincere Afghans always asked them to do.  Upon your recommendation, once again, I am resubmitting our proposal and requesting you to ask the State Department to not further ignore our voices.  If the people of America will not understand it, God is the witness and he will not like such an ignorant attitude toward the lives of American solders and the Afghan people, who we would save if these politicians will listen.  I can be reached at (703) 835-4393 or by e-mail at tajmim@aol.com.

Sincerely,

Tajuddin Millatmal, MD, MPA
CEO, Humanity International for Peace & Prosperity, Inc.

09/22/2006

Tajuddin Millatmal
2300 South 24th Road
Apt. # 257
Arlington, VA 22206

Senator Chuck Hagel
Att.: Mr. B.J

Dear Honorable Senator Hagel,

I am a citizen of the United States. I got married in Afghanistan last year. I applied for a visa for my wife in February 2006. Her case number is I-30 WAC0609853011 and for the K-Visa is MSC 0614021051. Unfortunately, up until this date her case has not been decided upon. As you are well aware of the situation at that part of Afghanistan, my wife is under tremendous pressure and threats from the extremists. I am very worried about her safety and it is tremendously difficult for me. I will appreciate, if you would kindly help me in expediting her visa issuing case to save her life and resolve my worrisome. I appreciate your help.

Sincerely,

Tajuddin Millatmal

U.S. Department of Homeland Security
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Date: Thursday, August 23, 2007

Receipt Number: MSC06-140-21051

Tajuddin Millatmal
P.O. Box 37
Quantico, VA 22134

**The following is provided in response to your inquiry sent to the California Service Center:**

Thank you for your recent inquiry requesting expeditious handling of your I-129F petition. A review of our national electronic databases indicates that this petition was received in the National Benefit Center on 02/22/2006. The petition you are inquiring about is located at the National Benefit Center who has jurisdiction until adjudication is completed.

Please refer any future inquiries to the National Benefit Center, or contact the National Customer Service Center at the telephone number provided below.

**NOTE:** USCIS District offices will no longer assist customers appearing without appointment through the INFOPASS system. For further information, or to make an appointment, please visit our website: http:www.Infopass.USCIS.gov

Please call the National Customer Service Center toll free number (800) 375-5283 or visit our website at: http://www.USCIS.GOV for additional information. Thank you.

9-B

California Service Center
Congressional & Customer Relations Division XII

Officer:

**U.S. Department of Homeland Security**
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64064



**US Citizenship
and Immigration
Services**

August 23, 2007

TAJUDDIN MILLATMAL
PO BOX 37
QUANTICO VA 22134

A File Number: A99098501
File Receipt Number: MSC0614021051
Applicant/Petitioner: FARIDA ATMAR

Dear Sir or Madam:

The case you inquired about is under review.  This review may require up to one hundred eighty days to be completed.  If you do not hear from us regarding this case after the one hundred and eight days from this notice, please contact the National Customer Service Center at the number provided below.

For future status inquiries of a petition or application filed at this center, you may want to utilize our National Customer Service Center by calling (800) 375-5283.  If you would like to obtain forms, filing instructions, case status, or schedule an appointment with your local office, please visit our web site at www.uscis.gov.  You must use the InfoPass Appointment Scheduler prior to visiting your local office.

Please remember that every person over the age of 14, who is not a U.S. citizen or in 'A' or 'G' non-immigrant status, must also notify the Department of Homeland Security within 10 days from when they move.  To do this, please complete and mail in Form AR-11.

Furthermore, please remember that the National Benefits Center does not accept application fees, checks, money orders or money of any type. Application fees must accompany the application and must be sent to the appropriate address.  Please visit our website to determine the correct address for any applications filed in the future.

Sincerely,

Robert M. Cowan
Center Director
NBC07072018045/111549

9 – A

Translation of Police Letter -1

Date:   24/06/1386 Islamic Solar Date        Coincide with September 16, 2007

Serial Number:        472
Case Number:          61

Nangarhar Province Police Department
Crime Prevention Department
Search and Follow-up Section

To the Security Branch:

According to the report we received, an individual with the name of Dr. Tajuddin Millatmal, who was born in Shullana Village of Chaparhar District, Nangarhar Province, and have resided in the United States for long time.  He came to Afghanistan and along with his wife Farida Atmar, who also work for an American agency, resides at Tapai Shaheedan, Fifth section of Jalalabad City.

On one hand Dr. Millatmal is residing in the United States, and works with American forces; on the other hand, his wife Farida Atmar, daughter of Engineer Shamus Haq is also working for an American agency.  Therefore, a group of local Taliban have a plan to kill both of them or kidnap them as political prisoners.

Therefore, through this letter you have been informed and advised to be aware of the situation.  On one hand to assist in their safety and security, and on the other hand to inform Dr. Millatmal and his wife to depart from their residence as soon as possible and keep shelter some where else where it is safe and secure for them.  A copy of this letter has been sent to them as well in order to be notified and made aware of the situation.

Sincerely,

Signed by:

Samoonyar Abdul Mohammad
Head of Crime Prevention Department

۴۷۲
۶۱

فرماندهی اسد والای بر جار

مدیریت عمومی مبارزه با جرایم

امنیت تعقیب و تحقیق

با عرض تقدیم و مراتب !

قرار اطلاع واصل بیگشر، آنکه دکتر تاج الدین مستل که کاملا در قر و
سولانه دلوای مریدار بوده و از مدتی زمان در امریکا بوده و ابتش دارد . یحبی
مذکور در یک واحد انتی سبک ... و همراه خانمش واقع اقل که
در یکی از موسسات امریکایی کار می نماید در ناحیه ٥ شهر کابل
بوده و ابتش دارند .

حدت از تکریف دکتر تاج الدین دارالکا زندگی می کند و همراه امریکایی
همکاری می نماید و از طریق هم خانم اس فرزند انتر ولد انجمنش الکو
شریک یک موسسه امریکایی کار میکند ، معذورد طالبان منطقه
تقسیم گرفته تا هر دو را قتل نموده و با اختطاف ساری نماید .
لذا به وسیله شما اطلاع میگردد تا از جریان مطلع بوده از تکریف در تامین
امنت ... لوم داشته و از مری دکتر ملت مل و دفاع شان شتر
مطلع کرده و تا هر دو زودتر منطقه بودباش شان را تغر داده و بگراه منطقه با امن
انتقال نماید . و کامی ای ملوک نقی اطلاعی بلاطی دکتر ملت مل شتر باشد
شده ات .

**Translation of Police Letter-2**

Date:   24/06/1386 Islamic Solar Date        Coincide with September 17, 2007

Serial Number:      472
Case Number:        61

Nangarhar Province, Police Department
Security Section:

Dear Doctor Tajuddin Millatmal and his wife Farida Atmar, daughter of Engineer
Shamsul Haq, residents of Tapai Shaheedan, Fifth Section of Jalalabad City of Nangarhar
Province:

Here with, you are officially informed and advised that: according to the attached letter
from the Crime Prevention Department, your security is under serious threats by the local
Taliban. Therefore, hereby you are informed and advised about the situation as stated in
the letter. Please sign this document to confirm the receipt of this letter as a proof of
evidence for police activities.

Sincerely,

Signed by:

Samoonyar Abdul Mohammad
Head of Department of Crime Prevention

Dear Respected Head of Crime Prevention Department,

We have received your notice. We will do what ever we can to protect our selves as
much as possible. However, we are also requesting your security assistances.

Sincerely,

Signed by:

Dr. Tajuddin Millatmal            Farida Atmar

Date: 25th of Sunbullah, 1386        September 17, 2007

بسم الله الرحمن الرحيم

امنیت امّت

جناب محترم دکتر تاج‌الدین بلال حل و خانم ؟ و فرزند ... در ولایتی ...

... اطلاع و اطلاع کردیم ـ

لطفاً از حصول آن اطلاع ... نمایند ـ

با احترام

مولنول عبیدالمحمد

مدیر مبارزه با جرائم جنائی

محترم ارباب امنیت ...

... 

فرمانده

۱۳۸۴/۴/۲۵

*Nadia*

**U.S. Department of Homeland Security**
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Date:   Feburay 7, 2008

A File Number:
WAC Receipt Number::  WAC0609853011

> NADIA EXXELARAB, ESQ
> BRAVERMAN & LIN PC
> RE: TAJUDDIN MILLATMAL
> 4001 N 9 ST 222
> ARLINGTON, VA  22203

**The following is provided in response to your inquiry sent to the California Service Center:**

**I-130** :   The service electronic record shows that your client's case is in process and is currently waiting for completed security reports, which usually cause delay to the completion of the process.  A follow-up to was sent and you will be notified if the case could be released by the investigating agency to the processing unit. Please allow 30 or more days for any follow-up inquiry.  Thanks.

Please call the National Customer Service Center toll free number (800) 375-5283 or visit our website at: http://www.USCIS.GOV for additional information.



RECEIVED
FEB 16 2008



California Service Center
Congressional & Customer Relations Division XII

FOrdonez
(February 2004.2)

*Nadia*



**U.S. Department of Homeland Security**
P.O. Box 30111
Laguna Niguel, CA 92607-0111

**U.S. Citizenship
and Immigration
Services**

Date:   Feburay 7, 2008

A File Number:
WAC Receipt Number::  WAC0609853011

NADIA EXXELARAB, ESQ
BRAVERMAN & LIN PC
RE:  TAJUDDIN MILLATMAL
4001 N 9 ST 222
ARLINGTON, VA  22203

**The following is provided in response to your inquiry sent to the California Service Center:**

**I-130** :    The service electronic record shows that your client's case is in process and is currently waiting for completed security reports, which usually cause delay to the completion of the process.  A follow-up to was sent and you will be notified if the case could be released by the investigating agency to the processing unit. Please allow 30 or more days for any follow-up inquiry.  Thanks.

Please call the National Customer Service Center toll free number (800) 375-5283 or visit our website at: http://www.USCIS.GOV for additional information.



FEB 15 2008

California Service Center
Congressional & Customer Relations Division XII

FOrdonez
(February 2004.2)

# BRAVERMAN & LIN, P.C.

STANTON BRAVERMAN, EXT. 584*
(ADMITTED TO VA & DC ONLY)

MICHAEL W. LIN, EXT. 585*
(ADMITTED TO MD & DC ONLY)

NADIA EZZELARAB, EXT. 586*
(ADMITTED TO NY ONLY)

THU A. HA, EXT. 589*
(ADMITTED TO VA & NJ ONLY)

LUCIA B. GARRETT, EXT. 580*
(ADMITTED TO NY ONLY)

*All attorneys are authorized to handle
immigration cases throughout the U.S.

ATTORNEYS AT LAW
SUITE 222
4001 NORTH NINTH STREET
ARLINGTON, VIRGINIA 22203-1947
(703) 243-1474
(800) 237-8331
FACSIMILE (703) 243-1494
WWW.OCHO.COM

CHARLOTTESVILLE IMMIGRATION
LAW CENTER
226 DOUGLAS AVENUE
CHARLOTTESVILLE, VA 22902
(434) 220-2799
WWW.CVILC.COM

EDWARD SUMMERS*
(ADMITTED TO VA ONLY)

*Sent 2/13/08*

February 12, 2008

**VIA EXPRESS MAIL**
**U.S. Citizen and Immigration Services**
**California service Center**
**P.O. Box 30111**
**Laguna Niguel, CA 92607-1-0111**
**Humanitarian Services Center**
**Fax No. 949-389-3441**
**Phone No. 800-375-5283**

## REQUEST TO EXPEDITE ON EXTREMELY URGENT AND HUMANITARIAN GROUNDS

**Re: WAC-06-098-53011**
**Petitioner: Tajuddin Millatmal**
**Beneficiiary: Farida Atmar**

Dear Adjudications Officer,

Thank you very much for your e-mail in response to our request to expedite the I-130 Petition for Mrs. Farida Atmar (beneficiary), filed by her Petitioning U.S. citizen husband, Mr. Tajuddin Millatmal(receipt #WAC-06-098-53011). My G-28 has been FEDEXED to your office, and a copy is attached for your convenience.

Please note that the Petitioner has been working as a contractor for U.S. military, teaching marines and army, for the past three years. Beneficiary currently works, or until very recently has worked, for the U.S. government in Afghanistan. Her situation has become life threatening due to the Taliban'e persecution of those who are, or whom the Taliban believes to be, affiliated with U.S. government or military.

Petitioner has, among other documents, previously submitted the following evidence to your office, in order to show that our request to expedite is based on **Extremely Urgent & Humanitarian Grounds**:

1- Translation of Letter from Taliban, threatening Beneficiary's Life, unless she leaves her U.S. government affiliated job;

2- Translation of Letter from Taliban, threatening interpreters who work with "the Americans" (Petitioner has functioned as such) that they will be beheaded;

3- Translation of Letters from Jalalabad Police, Afghanistan, dated September, 2007, warning Petitioner and Beneficiary of danger from the Taliban unless they leave Jalalabad.

Petitioner reports that the Beneficiary, who is now pregnant, has attempted to seek political asylum in the United States, at the U.S. Embassy in Kabul. However, the Embassy did not process her application.

Petitioner, further, reports that three people are said to have been beheaded in his village within the past several weeks, because they were allegedly political dissidents.

On or around January 25, 2008, a nephew whose family the Beneficiary occasionally lives with (she keeps moving to different relatives' or friends' houses to escape detection by the Taliban), reported that two men came to the house and inquired about the whereabouts of the beneficiary. The boy, who is about 12 years old, told the two men that she did not live there any more. Petitioner and Beneficiary are both very fearful that the Taliban might find the Beneficiary soon, in spite of all her efforts to hide.

We, therefore, **respectfully request your most urgent attention to this matter**. Please contact undersigned counsel, should you have any questions. Please also notify us if any of the above mentioned documents are missing from your file. We will be more than pleased to re-submit missing documents, but do not wish to add to your work load by duplicating previously submitted evidence.

Your courtesies are greatly appreciated.

Sincerely,

Nadia Ezzelarab, Esq.

Attached: Copy of previously submitted G-28.

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re: *I-130 & I-129 Petitions*    Date: *1/23/08*    File No. *A 028-508-951*

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s)

Name *Tajuddin Millatmal*  ☑Petitioner  ☐Beneficiary  ☐Applicant
Address (Apt. No.) (Number & Street) *6855 Signature Cir* (City) *Alexandria* (State) *VA* (Zip Code) *22310*

Name *Farida Atmar*  ☐Petitioner  ☑Beneficiary  ☐Applicant
Address (Apt. No.) (Number & Street)    (City)    (State)    (Zip Code)

Check Applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia **State of New York Court of Appeals** and am not under a court or administrative agency
*Name of Court*
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this Item, also check Item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

SIGNATURE

NAME (Type or Print)
Nadia Ezzelarab

COMPLETE ADDRESS
**Braverman & Lin, P.C**
**4001 North 9th Street Suite 222**
**Arlington Virginia 22203**
TELEPHONE NUMBER
(703) 243-1586
FAX NUMBER
(703) 243-1494

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:

Nadia Ezzelarab
*(Name of Attorney or Representative)*

THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:

Name of Person Consenting *Tajuddin Millatmal*    Signature of Person Consenting *Tajudd. Mill*    Date *1/24/08*

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.    Form G-28 (09/26/00)Y



Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EB57 7021 629U S**
Status: **Delivered**

Your item was delivered at 5:43 AM on February 25, 2008 in LAGUNA
NIGUEL, CA 92607 to MIXED . The item was signed for by J REY.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                              ]

( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )

### Proof of Delivery

Verify who signed for your item by email, fax, or mail.  ( Go > )

---

Site Map     Contact Us     Forms     Gov't Services     Jobs     Privacy Policy     Terms of Use     National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA





Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **EB57 7021 629U S**
Status: **Notice Left**

We attempted to deliver your item at 10:40 AM on February 23, 2008 in
LAGUNA NIGUEL, CA 92607 and a notice was left. A second delivery
attempt will be made. If unsuccessful, we will hold it for five business
days and then it will be returned to the sender. Information, if available, is
updated every evening. Please check again later.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                                    ]

( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   ( Go > )

### Proof of Delivery

Verify who signed for your item by email, fax, or mail.   ( Go > )

---

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

EB 577021629 US



**EXPRESS MAIL**

UNITED STATES POSTAL SERVICE ®

Mailing Lab
Label 11-B, March 20

Post Office To Addresse

**DELIVERY (POSTAL-USE ONLY)**

| | Time | | Employee Signature |
|---|---|---|---|
| Delivery Attempt | | ☐ AM | |
| Mo. Day | | ☐ PM | |
| Delivery Attempt | Time | ☐ AM | Employee Signature |
| Mo. Day | | ☐ PM | |
| Delivery Date | Time | ☐ AM | Employee Signature |
| Mo. Day | | ☐ PM | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ NO DELIVERY ☐ Weekend ☐ Holiday    ☐ Mailer Signature

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| | Month Day | $ |
| Mo. Day Year | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| Time Accepted ☐ AM | ☐ Noon ☐ 3 PM | $ | $ |
| ☐ PM | Military | Total Postage & Fees |
| Flat Rate ☐ or Weight | ☐ 2nd Day ☐ 3rd Day | $ |
| lbs. ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

PRESS HARD. YOU ARE MAKING 3 COPIES.

**FROM:** (PLEASE PRINT)   PHONE ( 703 243 1474

BRAVERMAN & LIN, P.C.
4001 N. 9th ST. #222
ARLINGTON, VA 22203

(ATHAR, Farida) (3)

**FOR PICKUP OR TRACKING**

Visit **www.usps.com**

Call 1-800-222-1811

**≡EMS**

**TO:** (PLEASE PRINT)   PHONE (

U. S. C. I. S. CALIFORNIA
SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL, CA 92607

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

9 2 6 0 7 + 0 1 1 1

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

# BRAVERMAN & LIN, P.C.

STANTON BRAVERMAN, EXT. 584*
(ADMITTED TO VA & DC ONLY)

MICHAEL W. LIN, EXT. 585*
(ADMITTED TO MD & DC ONLY)

NADIA EZZELARAB, EXT. 586*
(ADMITTED TO NY ONLY)

THU A. HA, EXT. 589*
(ADMITTED TO VA & NJ ONLY)

LUCIA B. GARRETT, EXT. 580*
(ADMITTED TO NY ONLY)

*All attorneys are authorized to handle
immigration cases throughout the U.S.

ATTORNEYS AT LAW
SUITE 222
4001 NORTH NINTH STREET
ARLINGTON, VIRGINIA 22203-1947
(703) 243-1474
(800) 237-8331
FACSIMILE (703) 243-1494
WWW.OCHO.COM

CHARLOTTESVILLE IMMIGRATION
LAW CENTER
226 DOUGLAS AVENUE
CHARLOTTESVILLE, VA 22902
(434) 220-2799
WWW.CVILC.COM

EDWARD SUMMERS*
(ADMITTED TO VA ONLY)

February 20, 2008

**VIA EXPRESS MAIL**
**U.S. Citizen and Immigration Services**
**California service Center**
**P.O. Box 30111**
**Laguna Niguel, CA 92607-1-0111**

## REQUEST FOR DISCLOSURE OF NATURE OF ONGOING INVESTIGATION

**Re: WAC-06-098-53011**
**Petitioner: Tajuddin Millatmal**
**Beneficiiary: Farida Atmar**

Dear Adjudications Officer,

In response to our request to expedite the I-130 Petition for Mrs. Farida Atmar (beneficiary), filed by her Petitioning U.S. citizen husband, Mr. Tajuddin Millatmal (receipt #WAC-06-098-53011), you have informed us that the matter is still **"waiting for completed security reports"** and that we will be notified **"*if the case could be released by the investigating agency*"** to the processing unit. Letter attached for your convenience *(emphasis added)*. [Attachment 1.]

Petitioner, through counsel, respectfully requests that we be informed of the following immediately:

1.  Is it the Beneficiary who is being investigated?

If it is Beneficiary who is being investigated:

2.  What is the nature of the investigation?
3.  What specific actions have been taken since January 25, 2006, to conclude the investigation?

If it is *not* Beneficiary who is being investigated:

4.    What or who is being investigated?
5.    How does this investigation relate to Beneficiary's I-130 matter?

     In this context, we wish to note that, on February 4, 2008 Michael Aytes, Associate Director of USCIS, issued a Memorandum: *Revised National Security Adjudication and Reporting Requirements*. The memorandum announces a major shift in the USCIS's approach to FBI checks of various pending applications. Where, for instance, an I-485 application is otherwise approvable, and the FBI name check request has been pending for more than 180 days, the adjudicator shall approve the application and proceed with card issuance. Similarly, there is no justification for allowing adjudication of an I-130/I-129F to remain pending for over two years while "waiting for completed security reports." A copy of the USCIS Memo is attached for your convenience [Attachment 2]. Copies of Receipt Notices for the I-130 and the I-129F are enclosed [Attachment 3].

     Please do not hesitate to contact undersigned counsel if you have any questions. Your timely conclusion of this matter, which has been *pending for over two years*, is greatly appreciated. We respectfully request that the **life-threatening situation of the Beneficiary**, which has been previously documented, be taken into account. Please also note that the Beneficiary is pregnant.

                Sincerely,

                Nadia Ezzelarab, Esq.

Enclosures

# ATTACHMENT 1

*Nadia G*

U.S. Department of Homeland Security
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Date:    Feburary 7, 2008

A File Number:
WAC Receipt Number:: WAC0609853011

NADIA EXXELARAB, ESQ
BRAVERMAN & LIN PC
RE: TAJUDDIN MILLATMAL
4001 N 9 ST 222
ARLINGTON, VA  22203

**The following is provided in response to your inquiry sent to the California Service Center:**

**I-130 :**    The service electronic record shows that your client's case is in process and is currently waiting for completed security reports, which usually cause delay to the completion of the process.  A follow-up to was sent and you will be notified if the case could be released by the investigating agency to the processing unit. Please allow 30 or more days for any follow-up inquiry.  Thanks.

Please call the National Customer Service Center toll free number (800) 375-5283 or visit our website at: http://www.USCIS.GOV for additional information.

FEB 1 5 2008

California Service Center
Congressional & Customer Relations Division XII

FOrdonez
(February 2004.2)

# ATTACHMENT 2

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Domestic Operations of Directorate*
Washington, DC 20529

 **U.S. Citizenship
and Immigration
Services**

**FEB 4 - 2008**

HQ 70/23 & 70/28.1

# Interoffice Memorandum

**TO:**        Field Leadership

**FROM:**     Michael Aytes
             Associate Director, Domestic Operations

**SUBJECT:**   Revised National Security Adjudication and Reporting Requirements

### Background

U.S. Citizenship and Immigration Services (USCIS) conducts background checks on all applicants, petitioners, and beneficiaries seeking immigration benefits. This is done both to enhance national security and to ensure the integrity of the immigration process. USCIS has previously mandated that FBI name checks be completed and resolved before any positive adjudication can proceed on certain form types. This memorandum modifies existing guidance for applications where statutory immigration provisions allow for the detention and removal of an alien who is the subject of actionable information that is received from the FBI or other law enforcement agencies after approval of the application.

USCIS is issuing revised guidance in response to recommendations of the DHS Office of Inspector General (OIG-06-06) regarding the need to align the agency's background and security check policies with those of U.S. Immigration and Customs Enforcement (ICE). The *Background and Security Investigations in Proceedings Before Immigration Judges and the Board of Immigration Appeals* regulations prevent immigration judges and the Board of Immigration Appeals (BIA) from granting benefits to aliens before DHS confirms that all background and security checks have been completed. *See* 8 C.F.R. § 1003.47(g); 8 C.F.R. § 1003.1(d)(6)(i). In the context of removal proceedings, ICE has determined that FBI fingerprint checks and Interagency Border Inspection Services (IBIS) checks are the required security checks for purposes of the applicable regulations. In the unlikely event that FBI name checks reveal actionable information after the immigration judge grants an alien permanent resident status, DHS may detain and initiate removal proceedings against the permanent resident. *See* 8 U.S.C. § 1227; *see also* 8 U.S.C. § 1256 (allowing DHS to rescind an alien's adjustment of status).

**Revised National Security Adjudication and Reporting Requirements**
Page 2

**Revised Guidance**

A definitive FBI fingerprint check and the IBIS check must be obtained and resolved before an Application for Adjustment of Status (I-485), Application for Waiver of Ground of Inadmissibility (I-601), Application for Status as a Temporary Resident Under Section 245A of the Immigration and Nationality Act (I-687), or Application to Adjust Status from Temporary to Permanent Resident (Under Section 245A of Public Law 99-603) (I-698) is approved. USCIS will continue to initiate FBI name checks when those applications are received. Where the application is otherwise approvable and the FBI name check request has been pending for more than 180 days, the adjudicator shall approve the I-485, I-601, I-687, or I-698 and proceed with card issuance. The FBI has committed to providing FBI name check results within this timeframe.

There is no change in the requirement that FBI fingerprint check, IBIS check and FBI name check results be obtained and resolved prior to the adjudication of an Application for Naturalization (N-400).

Pending further guidance regarding post-audit reporting and tracking requirements and modifications to associated quality assurance procedures, applications approved pursuant to this memorandum shall be held at the adjudicating office. If derogatory or adverse information is received from the FBI after the application is approved, USCIS will determine if rescission or removal proceedings are appropriate and warranted.

Subject to the reporting requirements set forth in the February 16, 2007, memorandum titled "FBI Name Checks Policy and Process Clarification for Domestic Operations," an application or petition may be denied, dismissed, administratively closed, withdrawn, or referred to the Immigration Court at any time.

Questions regarding this memorandum should be directed through appropriate supervisory and operational channels. Local offices should work through their chain of command.

Distribution List:
Regional Directors
Service Center Directors
District Directors (except foreign)
Field Officer Directors (except foreign)
National Benefits Center Director

# ATTACHMENT 3

# UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I130   IMMIGRANT PETITION FOR RELATIVE |
|---|---|
| WAC-06-098-53011 | FIANCE (E), OR ORPHAN |

| RECEIVED DATE | PRIORITY DATE | PETITIONER  A028 508 951 |
|---|---|---|
| January 25, 2006 | | MILLATMAL, TAJUDDIN |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| February 8, 2006 | 1 of 1 | ATMAR, FARIDA |

RACHEL YAMAMOTO
BROOM JOHNSON CLARKSON & LANPHIER
RE: TAJUDDIN MILLATMAL
1722 ST MARY S AVE 310 FLATIRON BL
OMAHA NE 68102

Notice Type: Receipt Notice

Amount received: $ 190.00

Section: Husband or wife of U.S.
Citizen, 201(b) INA

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

If this receipt is for an I-485, or I-698 application
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



4-A

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt Number: | | Case Type: |
| --- | --- | --- |
| MSC-06-140-21051 | | I-129F - Petition for Fiance(e)/Spouse |

| Received Date: | Priority Date: | Applicant: |
| --- | --- | --- |
| February 17, 2006 | | MILLATMAL, TAJUDDIN |

| Notice Date: | Page     1 OF 1 | ASC Code: |
| --- | --- | --- |
| February 22, 2006 | | |

RACHEL YAMAMOTO
1722 ST MARYS AVENUE SUITE 310
OMAHA NE 68102

| Notice Type: | Receipt Notice |
| --- | --- |
| Amount Received: | $170.00 |

The above application has been received. It usually takes 60 to 180 days from the date of this receipt to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this application.

If you have other questions about possible immigration benefits and services, filing information, or BCIS forms, please call the BCIS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TTY at 1-800-767-1833. Information regarding case status is not available at this number.

If you have access to the Internet, you can also visit the BCIS at www.bcis.gov. Here you can find valuable information about forms and filing instructions and about general immigration services and benefits.

U.S. Department of Homeland Security Citizenship and Immigration Services
P.O. BOX 7218
427 S. Lasalle 3rd Floor
CHICAGO IL 60680-7218
Customer Service Telephone: 1-800-375-5283

1-A



4468389

Form I-797C (Rev. 11/28/03) N

C
08-592
RWR

# CIVIL COVER SHEET

JS-44
(Rev 1/05 DC)

## I. (a) PLAINTIFFS

Tajuddin MILLATMAL

## DEFENDANTS

Michael Chertoff

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF        Washington, DC
(EXCEPT IN U.S. PLAINTIFF CASES)                                    11101

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Michael W. Lin
Braverman & Lin, P.C.
4001 North 9th Street, Suite 222
Arlington, VA 22203

Case: 1:08-cv-00592
Assigned To : Roberts, Richard W.
Assign. Date : 4/8/2008
Description: Admn. Agency Review

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ◉ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ○ A. Antitrust | ○ B. Personal Injury/ Malpractice | ● C. Administrative Agency Review | ○ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☒ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ○ E. General Civil (Other)        OR        ○ F. Pro Se General Civil |
|---|

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

7

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
28 USC 1391 and 1361, 5 USC 701 et seq., 28 USC 2201 et seq. The defendants failed to timely adjudicate the petitioner's I-130 immigrant visa petition.

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  **DEMAND $** _____ Check YES only if demanded in complaint  **JURY DEMAND:** YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

**DATE** _____  **SIGNATURE OF ATTORNEY OF RECORD** _____

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.     CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.     RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.