CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TAJUDDIN MILLATMAL           )
                             )
                             )
                             )
         Plaintiff           )
                             )
      v.                     )    Civil Case Number 08-592 (PLF)
                             )
MICHAEL CHERTOFF, ET AL.     )
                             )
                             )    Category   C
                             )
                             )
         Defendants          )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on April 10, 2008 from Judge Richard W. Roberts to Judge Paul L. Friedman by direction of the Calendar Committee.

(Case Randomly Reassigned)

                                                                                          JUDGE ELLEN S. HUVELLE
                                                                                           Chair, Calendar and Case
                                                                                           Management Committee

cc:   Judge Friedman Courtroom Deputy
        Judge Roberts & Courtroom Deputy
        Liaison, Calendar and Case Management Committee
        Civil Case Processing Clerk