UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJUDDIN MILLATMAL, | ) |
| | ) |
| Plaintiff | ) |
| | ) CASE NO. 1:08-cv-00592 |
| v. | ) |
| | ) |
| MICHAEL CHERTOFF | ) |
| Secretary of the Department of | ) |
| Homeland Security, et al. | ) |
| | ) |
| Defendants | ) |
| | ) |

**PLAINTIFF'S NOTICE FOR VOLUNTARY DISMISSAL
PURSUANT TO RULE 41(a)(1)**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff voluntarily dismisses the above-captioned action against named defendants without prejudice.

Plaintiff represents that he has not received any payment, direct or indirect, in connection with the dismissal of the action.

Respectfully Submitted,

By: Michael W. Lin

Braverman & Lin, P.C.
4001 N. 9th Street, Suite 222
Arlington, VA 22203
Telephone    (703) 243-1474 Ext. 585
Fax          (703) 243-1494
E-mail:      ml@ocho.com

*Attorney for Plaintiff*